## UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| US MAGNESIUM LLC, )<br>)<br>    Petitioners, )<br>)<br>vs. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PRTOECTION AGENCY, )<br>)<br>    Respondent. )<br>)<br>) | No. 11-9533<br><br>**ENTRY OF APPEARANCE** |

The following attorneys appear as counsel for Petitioner US Magnesium LLC: David W. Tundermann, Michael A. Zody, and Michael J. Tomko.

Respectfully submitted and signed on this 24th day of June, 2011.

                                              PARSONS BEHLE & LATIMER

                                              /s/ Michael A. Zody
                                              David W. Tundermann (Utah Bar #3897)
                                              Michael A. Zody (Utah Bar #5830)
                                              Michael J. Tomko (Utah Bar # 6350
                                              201 South Main Street, Suite 1800
                                              Salt Lake City, UT 84111
                                              Telephone: (801) 536-6700
                                              Facsimile: (801) 536-6111

                                              *Counsel for US Magnesium LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2011, one copy of the foregoing **ENTRY OF APPEARANCE** was sent by United States mail, first-class postage prepaid, to each of the following:

    The Honorable Lisa Jackson
    Administrator
    U.S. Environmental Protection Agency
    1101A Ariel Rios Federal Building
    1200 Pennsylvania Avenue, N.W.
    Washington, D.C. 20460

    Environmental Protection Agency
    1101A EPA Headquarters
    Ariel Rios Building
    1200 Pennsylvania Avenue, N.W.
    Washington, D.C. 20460

    The Honorable Eric Holder
    Attorney General of the United States
    U.S. Department of Justice
    950 Pennsylvania Avenue, N.W.
    Washington, D.C. 20530

    Scott Fulton
    General Counsel
    U.S. Environmental Protection Agency
    2310A Ariel Rios Federal Building
    1200 Pennsylvania Avenue, N.W.
    Washington, D.C. 20460

    /s/Michael A. Zody