UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| US MAGNESIUM LLC, ) <br> ) <br> Petitioners, ) <br> ) <br> vs. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PRTOECTION AGENCY, ) <br> ) <br> Respondent. ) <br> ) <br> ) | No. 11-9533 <br><br> **ENTRY OF APPEARANCE** |

The following attorneys appear as counsel for Petitioner US Magnesium LLC: David W. Tundermann, Michael A. Zody, and Michael J. Tomko.

Respectfully submitted and signed on this 24th day of June, 2011.

                          PARSONS BEHLE & LATIMER

                          <u>/s/ Michael A. Zody</u>
                          David W. Tundermann (Utah Bar #3897)
                          Michael A. Zody (Utah Bar #5830)
                          Michael J. Tomko (Utah Bar # 6350
                          201 South Main Street, Suite 1800
                          Salt Lake City, UT  84111
                          Telephone: (801) 536-6700
                          Facsimile: (801) 536-6111

                          *Counsel for US Magnesium LLC*

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2011, one copy of the foregoing **ENTRY OF APPEARANCE** was sent by United States mail, first-class postage prepaid, to each of the following:

The Honorable Lisa Jackson
Administrator
U.S. Environmental Protection Agency
1101A Ariel Rios Federal Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Environmental Protection Agency
1101A EPA Headquarters
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

The Honorable Eric Holder
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Scott Fulton
General Counsel
U.S. Environmental Protection Agency
2310A Ariel Rios Federal Building
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

/s/Michael A. Zody

4840-7163-2649.1