# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## Entry of Appearance and Certificate of Interested Parties

US MAGNESIUM LLC,

    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Respondent

Case No. 11-9533

**INSTRUCTIONS: COUNSEL FOR A PARTY MUST FORTHWITH EXECUTE AND FILE THIS FORM, INDICATING METHOD(S) OF SERVICE ON ALL OTHER PARTIES. MULTIPLE COUNSEL APPEARING FOR A PARTY OR PARTIES AND WHO SHARE THE SAME MAILING ADDRESS MAY ENTER THEIR APPEARANCES ON THE SAME FORM BY EACH SIGNING INDIVIDUALLY.**

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear as counsel for __United States Environmental Protection Agency__

Party or Parties

__Respondent__, in the subject case(s).

Appellant/Petitioner or Appellee/Respondent

Further, in accordance with 10th Cir. R. 46.1, the undersigned certify(ies) as follows: **(Check one.)**

☐ On the reverse of this form is a completed certificate of interested parties and/or attorneys not otherwise disclosed, who are now or have been interested in this litigation or any related proceeding. Specifically, counsel should not include in the certificate any attorney or party identified immediately above.

☐ There are no such parties, or any such parties have heretofore been disclosed to the court.

__David A. Carson__
Name of Counsel

__s/David A. Carson__
Signature of Counsel
United States Department of Justice
Environment and Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1349

_____
Mailing Address and Telephone Number

__david.a.carson@usdoj.gov__
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

E-Mail Address

**A-5** Entry of Appearance Form 10/09

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on

(please insert date)  7/25/2011 via (state method of service)  ECF

to  David Tunderman, Michael Zody and Michael Tomko      s/David A. Carson_____
(*See* Fed. R. App. P. 25(b))                                      (Signature)

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

US MAGNESIUM LLC,
    Petitioner,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY,

    Respondent.

Case No. 11-9533

**Certificate of Interested Parties**

      The following are not direct parties in this appeal but do have some interest in or a relationship with the litigation or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court but who have appeared for any party in prior trial or administrative proceedings, or in related proceedings, are noted below.

(Attach additional pages if necessary.)

Robert Ward, Regional Counsel
Peter Ornstein, Deputy Regional Counsel
Jonah Staller, Associate Regional Counsel
Office of Regional Counsel
EPA Region VIII
1595 Wynkoop Street
Denver, CO 80202

Kevin McLean, Deputy Associate General Counsel
Sara Schneeberg, Assistant General Counsel
Jan Tierney, Attorney
Office of General Counsel
U.S. EPA
1200 Pennsylvania Ave, NW
Washington, D.C. 20460

**A-5** Entry of Appearance Form 10/09